IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GO FAN YOURSELF, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:24-cv-01894 |
| | ) | |
| ILLUMIPURE, INC., | ) | Judge Andrew S. Hanen |
| | ) | Magistrate Judge Richard N. Bennett |
| Defendant. | ) | |

### [PROPOSED] SCHEDULING ORDER

1. Trial:  Estimated time to try: (5) days.        ☐Bench     ☒ Jury

2. New parties must be joined by:
   *Furnish a copy of this scheduling order to new parties*.

   December 13, 2024

3. The plaintiff's experts will be named with a report furnished by:

   October 1, 2025, on issues in which Plaintiff bears the burden of proof (e.g., infringement and damages).

   October 31, 2025, on issues in which Plaintiff does not bear the burden of proof (e.g., invalidity).

4. The defendant's experts must be named with a report furnished by:

   October 1, 2025, on issues on which Defendant bears the burden of proof (e.g., invalidity).

   October 31, 2025, on issues on which Defendant does not bear the burden of proof (e.g., infringement and damages).

5. Discovery must be completed by:
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.  No continuance will be granted because of information acquired in post-deadline discovery.*

*Fact discovery* must be completed by January 14, 2026

*Expert discovery* must be completed by March 31, 2026

6. Dispositive Motions will be filed by:

    April 30, 2026

    Responses due by:

    May 21, 2026

7. Non-Dispositive Motions will be filed by:

    April 30, 2026

    Responses due by:

    May 21, 2026

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   The Court will provide these dates.   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

8. Joint pretrial order is due:
   *The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 PM** on:

10. Trial is set for **9:00 AM** on:
    *The case will remain on standby until tried.*